**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**Dwight Anthony Reed
Reg # 14514-035**                                                                        **PETITIONER**

**v.**                          **Case No. 2:12-cv-00217-KGB-JTK**

**JOHN B. FOX, Warden,
FCI- Forrest City**                                                                        **RESPONDENT**

**<u>ORDER</u>**

The Court has reviewed the Proposed Findings and Recommended Disposition received

from Magistrate Judge Jerome T. Kearney (Dkt. No. 11).  No objections have been filed.  The

findings and recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this complaint without prejudice.

SO ORDERED this 24th day of July, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE